UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

March 10, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VM___ DEPUTY

CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 19-304 PA |
| Date | March 10, 2022 |
| Title | United States v. Contreras |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☒ will appear for further proceedings as required if released.

☐ will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒ Allegations in petition

☐ Lack of bail resources

☒ No stable residence ~~or employment~~

☐ Ties to foreign countries

☒ Previous failure to appear or violations of probation, parole, or release (GHK case)

☒ Nature of previous criminal convictions

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 19-304 PA | Date  March 10, 2022 |
| Title | United States v. Contreras | |

- ☐ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐ Refusal to interview with Pretrial Services
- ☐

☐  Defendant did not oppose the detention request.

* * *

    IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.